**Order entered April 8, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00179-CV

### IN THE INTEREST OF A.P.N., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-05082**

### ORDER

Before the Court is appellant's April 6, 2020 notice of incomplete record and motion for extension of time to file brief. Asserting the reporter's record that has been filed fails to include the transcript and exhibits of the proceedings held July 8 and 11, 2019, he requests the deadline for filing his brief be extended to thirty days after the missing record has been filed. We rule as follows.

We **ORDER** Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file, no later than April 28, 2020, a supplemental reporter's record containing the transcript and exhibits of the proceedings held July

8 and 11, 2019.   We further **ORDER** appellant to file his brief within thirty days of the filing of the supplemental reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of his order to Ms. Duffey and the parties.

/s/     ERIN A. NOWELL
             JUSTICE